**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ASDRUBAL JOSE BACA,

     Petitioner,

v.                                                                      Case No. 2:26-cv-02293-MSN-cgc

CHRISTOPHER BULLOCK,

     Respondent.

**ORDER DIRECTING CLERK TO MODIFY DOCKET AND DIRECTING
GOVERNMENT TO RESPOND**

On March 18, 2026, Petitioner Asdrubal Jose Baca, an alien formerly detained in the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1]  (ECF No. 1, "Petition.")  He has also filed a Motion for Bond (ECF No. 8), a Motion for Temporary Restraining Order (ECF No. 10), and an Amended Motion for Temporary Restraining Order (ECF No. 12).

The proper respondent in this matter is the United States Immigration and Customs Enforcement ("ICE") District Director for the district in which the alien is being detained.  *See Roman v. Ashcroft*, 340 F.3d 314, 320–22 (6th Cir. 2003).  Christopher Bullock is the New Orleans Field Office Director for ICE Enforcement and Removal Operations.[2]  The Clerk is therefore

---

[1] Per the Petitioner, he has since been moved to a different detention facility somewhere in Louisiana.  (ECF No. 12 at PageID 37.)

[2] *See Besharat v. Ladwig*, No. 2:26-cv-02281-MSN-atc (W.D. Tenn.), ECF No. 8, n.1.

**DIRECTED** to terminate "The Department of Homeland Security" and substitute Christopher Bullock as respondent.

Further, because Petitioner has alleged that he "lawfully entered the United States with authorization" and "complied with immigration procedures," *see* ECF No. 1 at PageID 3, the Court has determined that an expedited response will assist in resolving the petition and the requests for a temporary restraining order. Accordingly, Respondent is **ORDERED** to file a consolidated response to the Petitioner's filings (ECF Nos. 1, 8, 10, and 12) by Monday, May 5, 2026.

**IT IS SO ORDERED**, this 27th day of April, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE