**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

ASDRUBAL JOSE BACA,

 Petitioner,

v.              Case No. 2:26-cv-02293-MSN-cgc

CHRISTOPHER BULLOCK,

 Respondent.

**ORDER GRANTING MOTION TO WITHDRAW AND DENYING OTHER PENDING
MOTIONS AS MOOT**

On March 18, 2026, Petitioner Asdrubal Jose Baca, an alien formerly detained in the West Tennessee Detention Facility in Mason, Tennessee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1, "Petition.")  He has also filed a Motion for Bond (ECF No. 8), a Motion for Temporary Restraining Order (ECF No. 10), and an Amended Motion for Temporary Restraining Order (ECF No. 12).

He has now filed a Motion to Withdraw Petition (ECF No. 15), wherein he represents that he "has accepted [a] grant of voluntary departure."  (*Id.* at PageID 75.)  As a result, he no longer seeks the relief requested in the Petition and subsequent motions.  (*Id.*)

Accordingly, the motions previously pending (ECF Nos. 8, 10, and 12) are all **DENIED AS MOOT**.  The Motion to Withdraw Petition (ECF No. 15) is **GRANTED**.

**IT IS SO ORDERED**, this 15th day of June, 2026.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE